**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 1:25-cr-00005-2** |
| | ) | |
| **MARCOS ALONSO PERALTA GERARDO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**TO: Honorable Robert A. Molloy**
**AUSA Adam Sleeper, Esq.**
**USAO Natasha Baker, Esq.**
**USAO Martin Forrest, Esq.**
**Julio Cesar Alejandro-Serrano, Esq.**
**U.S. Marshals Service**
**U.S. Probation & Pretrial Service**

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11, LRCr 1.2, and LRCi 72.3, and has entered a plea of guilty to Count One of the Indictment—CONSPIRACY TO POSSESS A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE WHILE ON BOARD A VESSEL, and to Count Two of the Indictment—POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE WHILE ON BOARD A VESSEL. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Counts One and Two and that the offenses charged are supported by an independent basis in the facts containing each of the essential elements of the offenses. I therefore recommend that the pleas of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Dated: September 25, 2026

EMILE A. HENDERSON III
U.S. MAGISTRATE JUDGE