**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 1:25-cr-5** |
| **v.** | | |
| | : | **(MANNION, J.)** |
| **MARCOS ALONSO PERALTA GERARDO (2),** | : | |
| **Defendant** | : | |

**ORDER**

Presently before the court is Magistrate Judge Emile A. Henderson III's report and recommendation (Doc. 76), which indicates that Defendant, Marcos Alonso Peralta Gerardo, appeared before him and entered a guilty plea to Count 1 and Count 2 of the Indictment on September 25, 2026. The report and recommendation proposes that, pursuant to the guilty plea, the court enter an order adjudging Defendant, Marcos Alonso Peralta Gerardo, guilty of the offense of Conspiracy to Possess a Controlled Substance with Intent to Distribute While on Board a Vessel Subject to the Jurisdiction of the United States as alleged in Count 1 of the Indictment in violation of 46 U.S.C. §§70503(a)(1) and 70506(a) and (b) and the offense of Possession of a Controlled Substance with Intent to Distribute While on Board a Vessel Subject to the Jurisdiction of the United States as alleged in Count 2 of the

Indictment in violation of 46 U.S.C. §§§70503(a)(1), 70504(b)(2) and 70506(a) and 18 U.S.C. §2. No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in order to decide whether to adopt the report and recommendation, we must determine whether a review of the record evidences plain error or manifest injustice. See, e.g., Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983); FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); 28 U.S.C. §636(b)(1).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice, and therefore, we shall adopt the report and recommendation.

1) The report and recommendation (Doc. 76) of Judge Henderson is hereby **ADOPTED**;

2) The Court accepts the defendant's guilty plea and finds him guilty of Conspiracy to Possess a Controlled Substance with Intent to Distribute While on Board a Vessel Subject to the Jurisdiction of the United States as alleged in Count 1 of the Indictment and guilty of Possession of a Controlled Substance with Intent to Distribute While

on Board a Vessel Subject to the Jurisdiction of the United States as alleged in Count 2 of the Indictment.

3) The U.S. Probation Office for the District of the Virgin Islands, Division of St. Croix, shall disclose the Final Presentence Report to all parties and the Court by December 29, 2026.

4) Sentencing shall be scheduled upon receipt of the Presentence Report. Any documents and/or sentencing memorandums the parties wish the court to consider for sentencing shall be submitted ten days prior to sentencing.

s/ Malachy E. Mannion
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 19, 2026**
25-5-04